# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

BENITO BELFERMAN,                                    Case No._____

       Plaintiff,

vs.

BANK HAPOALIM, B.M.,

       Defendant.

_____/

## COMPLAINT

Plaintiff, Benito Belferman (Mr. Belferman"), by and through undersigned counsel, hereby sues Bank Hapoalim, B.M.("Bank Hapoalim"), and in support thereof states as follows:

1.     At all times material hereto, Mr. Belferman was a resident of Caracas, Venezuela, is over the age of eighteen years of age and is otherwise *sui juris.*

2.     At all times material hereto, Bank Hapoalim was doing business in Aventura, Florida.

3.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1)-(2) and (d)(2), because Mr. Belferman is a foreign resident and brings claims that seek damages in excess of $75,000, exclusive of interest, attorney's fees, and costs against Bank Hapoalim, a bank that operates and maintains offices in Aventura, Florida.

4.     Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(a), because, at all times material hereto, Bank Hapoalim conducted business in the Southern District of Florida and the events giving rise to the claim occurred in the Southern District of Florida.

5.    This Court has personal jurisdiction over Bank Hapoalim, because Bank Hapoalim committed tortious conduct described herein in the Southern District of Florida and maintains offices in the Southern District of Florida.

6.    At all times material hereto, Tony Vila ("Mr. Vila") was an employee and/or agent of Bank Hapoalim and was acting within the scope of his employment and/or agency.

7.    Mr. Belferman is 65 years old.

8.    Mr. Belferman had been a customer of Bank Hapoalim for over a decade.

9.    Mr. Belferman's objective for his investments with Bank Hapoalim had been to invest in low risk investments that preserved his principal and generated a modest degree of income.

10.    Mr. Belferman dealt with Bank Hapoalim through its employee Mr. Vila. Mr. Belferman had a long relationship with Mr. Vila and reposed trust and confidence in him.

11.    During the course of Mr. Belferman's relationship with Mr. Vila, Mr. Vila would routinely recommend investments to Mr. Belferman for investment. Mr. Belferman relied on Mr. Vila for investment information and advice in connection with the securities Bank Hapoalim sold him.

12.    On or about February 6, 2008, Mr. Vila e-mailed Mr. Belferman and offered him to invest in two structured notes which were represented as "**capital guaranteed**". A copy of the e-mail with the attachment for the Lehman Brothers Simple Step Up Note (may be referred to as "Lehman Brothers Note" or "Note") is attached hereto as Exhibit "A".

13.    Structured notes are securities derived from or based on other securities. Some structured notes offer full protection of principal invested while others offer limited or no protection at all. Most structured notes pay interest or a coupon rate.

14.    The term sheet for the Lehman Brothers Note that Mr. Vila delivered to Mr. Belferman stated in no uncertain terms that an investment in the Lehman Brothers Note exposed Mr. Belferman's capital to no risk. In relevant part, the Lehman Brothers Note stated as follows:

> Risk Factors - Principal is NOT at risk, if the product is held until maturity.

15.    After Mr. Vila sent Mr. Belferman the e-mail with attachments for the two structured notes, Mr. Vila spoke to Mr. Belferman and recommended that he invest $140,000 in the Lehman Brothers 3P08-44 Simple Step Up Note. Mr. Vila represented that the Lehman Brothers Note he was recommending was the superior investment and was a guaranteed investment.

16.    Based on Mr. Vila's recommendation and the information Mr. Vila provided to Mr. Belferman, Mr. Belferman invested $140,000 in the Lehman Brothers Note.

17.    On September 15, 2008, Lehman Brothers filed for bankruptcy and Mr. Belferman's $140,000 in a Lehman Brothers Note was rendered virtually worthless.

18.    Mr. Vila and Bank Hapoalim misrepresented to Mr. Belferman that he could not lose any of his capital invested in the Note. In fact, the Lehman Brothers Note was a risky investment.

19.    Mr. Vila and Bank Hapoalim failed to disclose to Mr. Belferman that the Lehman Brothers Note was nothing more than an unsecured loan to Lehman Brothers and that if Lehman Brothers failed, the Note would be rendered virtually worthless.

20.    Mr. Vila and Bank Hapoalim failed to disclose to Mr. Belferman that in the event a default by Lehman Brothers, his claim would be subordinated to other holders of Lehman Brothers debt.

21.    Mr. Vila and Bank Hapoalim failed to disclose to Mr. Belferman that not only was the return of Mr. Belferman's investment dependent upon Lehman Brothers' ongoing viability, but

that Lehman Brothers was in extremely poor financial condition.

22. Mr. Vila and Bank Hapoalim failed to disclose to Mr. Belferman that Lehman Brothers was in poor financial condition and was an extremely leveraged financial institution that was greatly exposed to the collapsing real estate market.

23. The following information is an example of some of the critical information regarding Lehman Brothers' imminent demise that was concealed or recklessly overlooked by Mr. Vila and Bank Hapoalim when they represented the investment in the Lehman Brothers Note to Mr. Belferman as guaranteed:

(a) On August 2, 2007, S&P placed a "sell" rating on Lehman Brothers shares because of the belief that Lehman may be forced to write down a larger portion of its mortgage-related positions given market trends;

(b) On August 28, 2007, Merrill Lynch lowered its rating on Lehman Brothers shares due to its mortgage exposure in the midst of a credit crisis;

(c) On September 18, 2007, S&P reiterated its "sell" rating on Lehman Brothers shares due to mortgage related concerns;

(d) Lehman Brothers preferred shares and common shares were rapidly declining in 2007 and were down approximately 20% in 2007;

(e) The cost of Lehman Brothers' credit default swaps spiraled upwards by February 2008 as it became prohibitively more expensive to insure the company against failure;

(f) On January 30, 2008, Bloomberg reported that Lehman's risky level 3 holdings (assets for which no liquid market exists) was rising as the company took on even more risk;

(g) Lehman Brothers was not viewed as too big to fail; and

(h) Lehman Brothers was leveraged approximately 30 to 1.

24. All conditions precedent have been performed, waived or excused.

## COUNT I - BREACH OF FIDUCIARY DUTY

25. Mr. Belferman realleges paragraphs 1 through 24 as if fully set forth herein.

26. Mr. Vila owed Mr. Belferman a fiduciary duty.

27. Mr. Vila breached his fiduciary duty to Mr. Belferman.

28. Mr. Belferman has been damaged by Mr. Vila's breach of fiduciary duty and Mr. Vila is the proximate cause thereof.

WHEREFORE, Plaintiff, Benito Belferman, demands judgment against Bank Hapoalim, B.M., for damages, costs, interest and for such other and further relief as this court deems just and proper.

## COUNT II - GROSS NEGLIGENCE

29. Mr. Belferman realleges paragraphs 1 through 24 as if fully set forth herein.

30. At all times material hereto, Mr. Vila owed a duty of care to Mr. Belferman.

31. Mr. Vila breached his duty of care to Mr. Belferman

32. Mr. Vila's negligence is a direct and proximate cause of damages to Mr. Belferman.

33. Mr. Vila's conduct in regards to Mr. Belferman was gross and reckless disregard of Mr. Belferman.

WHEREFORE, Plaintiff, Benito Belferman, demands judgment against Bank Hapoalim, B.M., for damages, costs, interest and for such other and further relief as this court deems just and proper.

## COUNT III - FRAUD

34.     Mr. Belferman realleges paragraphs 1 through 24 as if fully set forth herein.

35.     Mr. Vila made false representations and material omissions to Mr. Belferman.

36.     Mr. Vila knew that the representations were false.

37.     Mr. Vila intended that the representations induce Mr. Belferman to buy the Lehman Brothers Note.

38.     Mr. Belferman justifiably relied on Mr. Vila's representations and has been damaged.

WHEREFORE, Plaintiff, Benito Belferman, demands judgment against Bank Hapoalim, B.M., for rescission and/or damages, costs, interest and for such other and further relief as this court deems just and proper.

## COUNT IV - FRAUD IN THE INDUCEMENT

39.     Mr. Belferman realleges paragraphs 1 through 24 as if fully set forth herein.

40.     Mr. Vila made misrepresentations to Mr. Belferman.

41.     Mr. Vila knew or should have known of the falsity of the statements.

42.     Mr. Vila intended that the misrepresentations induce Mr. Belferman to buy the Lehman Brothers Note.

43.     Mr. Belferman justifiably relied on Mr. Vila's misrepresentations and has been damaged.

WHEREFORE, Plaintiff, Benito Belferman, demands judgment against Bank Hapoalim, B.M., for damages, costs, interest and for such other and further relief as this court deems just and proper.


[THIS PAGE INTENTIONALLY LEFT SHORT]

## DEMAND FOR TRIAL BY JURY

Plaintiff, Benito Belferman, demands a trial by jury of all issues so triable.

Dated this 26th day of August, 2010

SONN & EREZ, PLC
*Attorneys for Plaintiff*
Broward Financial Centre
500 East Broward Blvd., Suite 1600
Fort Lauderdale, Florida 33394
Phone:  954-763-4700
Fax:     954-763-1866

By:     s/Jeffrey Erez
        Jeffrey Erez, Esquire
        Florida Bar Number: 0102369
        Jennifer L. Poole, Esquire
        Florida Bar Number: 0608661

P:\Cases\Belferman v. Bank Hapoalim\complaint.wpd

**SONN & EREZ**
**500 E. Broward Blvd., Suite 1600, Fort Lauderdale, FL 33394**
**Tel: (954) 763-4700 • Fax: (954) 763-1866**

Page 7 of  7

# Exhibit A

From: Anthony Vila <AVila@bnimail.com>
To: benito1944@yahoo.com
Sent: Wed, February 6, 2008 4:30:28 PM
Subject: Call del SP03-22 - 50405505

Hola Sr. Benito, le adjunto 2 notas estructurado que son Capital Garantizdos. Favor revisarios y avisarme si quisiera reinvertir los fondos.

Atentos saludos,

Tony Vila
Relationship Officer
Bank Hapoalim B.M.
18851 NE 29th Ave. - Suite # 800
Aventura, FL 33180
tel. (305)466-7463
fax (305)466-7469
e-mail: AVila@bnimail.com

This communication (including any attachments) is intended solely for the addressee and may contain confidential information that may be legally privileged. The unauthorized use of this communication or any information it contains, or any action taken or omitted to be taken in reliance on it, is prohibited. If you received this message in error, please notify us immediately by replying to this message and deleting all copies in your possession. E-mails are susceptible to alteration and their integrity cannot be guaranteed. Therefore, no reliance may be placed upon this e-mail without written confirmation of its contents. Nothing in this communication (including any attachments) is intended to constitute an Electronic Signature for purposes of either the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act. This communication (including any attachments) is believed to be free of any virus or other defect. However, no responsibility is accepted by Bank Hapoalim B.M. for any loss or damage arising from its use.

3P08-44 STE...df (56.7 KB) 3P08-17T U...pdf (69.4 KB)



**poalim**
Asset Management

# Structured Products

06 February 2008

Lehman Brothers Treasury Co BV

## 3P08-44 USD Simple Step Up Note

Due March 2015

THIS ISSUE IS CALLABLE AND IS GUARANTEED BY LEHMAN BROTHERS

### Key Features

| | |
|---|---|
| Issuer | Lehman Brothers Treasury Co BV |
| Rating | A+/A1 |
| Type | EMTN |
| Currency | USD |
| Term | 7 years |
| Call | Semi-Annual after 6 months |
| Subscription Period | 5 February 2008 to 17 March 2008 |
| Minimum Redemption Value | 100% |
| Settlement Date | 18 March 2008 |
| Maturity Date | 18 March 2015 |
| Notional Amount | USD 2.00 million |
| Minimum Purchase Amount | USD 50,000 |
| Trading Multiples | USD 10,000 |

**Coupon** — Annual coupon, calculated and paid semi-annualy, is derived as follows:

- Year 1: 4.20%
- Year 2: 4.50%
- Year 3: 4.80%
- Year 4: 5.10%
- Year 5: 5.40%
- Year 6: 5.70%
- Year 7: 6.00%

**Investor Profile** — For investors with a view that interest rates will remain stable or increase modestly over the 7-year period.

**Coupon Payment** — Semi-Annually

**Advantage to Investor** — Coupon offers potentially significant premium over standard deposit rates and non-callable products.

**Risk Factors** — Principal is NOT at risk, if the product is held until maturity.

In a low interest rate environment, if the product is called, the investor may not be able to reinvest his/her funds at as high a rate or at the fixed deposit rate he/she may presently be able to receive for 7 years.

Page 1 of 2

This document is issued by Poalim Asset Management (UK) Limited (PAM UK) solely for marketing purposes and does not amount to investment advice or an investment recommendation. In the UK it is intended for use by eligible counterparties and professional clients. Recipients will not be regarded as clients of PAM UK. Clients of Bank Hapoalim International (the Bank) should seek advice from their investment advisor at the Bank in connection with this document.



**Asset Management**

06 February 2008

This document is issued by Poalim Asset Management (UK) Limited (PAM UK) solely for marketing purposes and does not amount to investment advice or an investment recommendation. In the UK it is intended for use by eligible counterparties and professional clients. Recipients will not be regarded as clients of PAM UK. Clients of Bank Hapoalim International (the Bank) should seek advice from their investment advisor at the Bank in connection with this document.

PAM UK has used all reasonable skill and care in compiling this document. The information and opinions have been obtained from or are based upon sources that are believed to be reliable. However, no reliance should be placed upon the information contained in this document by prospective investors, as the accuracy cannot be guaranteed. The information may be incomplete or condensed. In particular, it may not include all the relevant terms and conditions that will apply, and should not be relied upon as forming the basis of a decision to invest in the product. Prospective investors should obtain and read copies of the relevant pricing supplement issued by the product provider, the Bank Hapoalim (Switzerland) Client Application Form and Simplified Prospectus before making a decision to invest. No responsibility can be accepted by PAM UK for any loss allegedly arising from reliance upon this marketing document.

The information contained in this document has no regard to the specific investment objectives, financial situation or particular needs of any person. It is for information only and must not be construed as an offer to any person to sell or buy an interest in any investment. Prospective investors should take appropriate advice before making any investment decision.

PAM UK and the Bank may receive a commission or retrocession in relation to the structured product promoted in this document.

PAM UK is authorised and regulated in the UK by the Financial Services Authority (FSA).

Clarendon House, 11-12 Clifford Street, London W1S 2LL



## poalim
Asset Management

# Structured Products

09 January 2008

Lehman Brothers Treasury Co BV

# 3P08-17T USD Callable Dual Range Accrual Note

Due February 2023

THIS ISSUE IS CALLABLE AND IS GUARANTEED BY LEHMAN BROTHERS HOLDINGS INC.

## Key Features

| | |
|---|---|
| Issuer | Lehman Brothers Treasury Co BV |
| Rating | A+/A1 |
| Type | EMTN |
| Currency | USD |
| Term | 15 years |
| Call | Quarterly after 3 months |
| Subscription Period | 9 January 2008 to 14 February 2008 |
| Minimum Redemption Value | 100% |
| Settlement Date | 15 February 2008 |
| Maturity Date | 15 February 2023 |
| Notional Amount | USD 4.0 million |
| Minimum Purchase Amount | USD 50,000 |
| Trading Multiples | USD 10,000 |

| | |
|---|---|
| Coupon | Annual coupon, calculated and paid quarterly, is derived as follows: |
| | 9.00% p.a. for each day that, |
| | • 6-month USD Libor remains below 8.00% AND |
| | • 30 Year - 10 Year USD Swap Spread sets at or above 0.00% |
| Investor Profile | For investors with a view that interest rates will remain stable or increase modestly over the 15-year period and with a view that the danger of a combination of recession and inflation will remain relatively low and that yield curve inversion (for maturities from 10 to 30 years) will consequently occur only for very short periods. |
| | 6-month USD Libor was 4.26% as at 9th January 2008 and the 30Y-10Y USD swap spread was 44 bps (4.84% - 4.40%) as at 9th January 2008. |
| Coupon Payment | Quarterly |
| Advantage to Investor | Coupon offers potentially significant premium over standard deposit rates and non-callable products. |
| Risk Factors | Principal is NOT at risk, if the product is held until maturity. |
| | Investor will receive 0% for each day that 6-month USD Libor sets at or above the barrier of 8.00% OR each day that the 30Y-10Y USD Swap Spread is below zero. |
| | In a low interest rate environment, if the product is called, the investor may not be able to reinvest his/her funds at as high a rate or at the fixed deposit rate he/she may presently be able to receive for 15 years. |
| Important Notes | The Note has a limited availability of USD 4.0 million, which will be sold on a 'first come first served' basis. Further amounts may subsequently be purchased where possible. In the event of over subscription investors may receive a partial allocation. |

Page 1 of 3

This document is issued by Poalim Asset Management (UK) Limited (PAM UK) solely for marketing purposes and does not amount to investment advice or an investment recommendation. In the UK it is intended for use by eligible counterparties and professional clients. Recipients will not be regarded as clients of PAM UK. Clients of Bank Hapoalim International (the Bank) should seek advice from their investment advisor at the Bank in connection with this document.

Clarendon House, 11-12 Clifford Street, London W1S 2LL

**◆ poalim**

Asset Management

09 January 2008

---

## 6-Month USD Libor – History



Source: Bloomberg

The above graph shows the history of 6-Month USD Libor from January 2006 to January 2008.

## 30Y – 10Y USD Swap Spread - History



Source: Bloomberg

The above graph shows the history of the spread between 30Y and 10Y USD Swap rates, from January 2006 to January 2008.

Clarendon House, 11-12 Clifford Street, London W1S 2LL



**poalim**
Asset Management

09 January 2008

This document is issued by Poalim Asset Management (UK) Limited (PAM UK) solely for marketing purposes and does not amount to investment advice or an investment recommendation. In the UK it is intended for use by eligible counterparties and professional clients. Recipients will not be regarded as clients of PAM UK. Clients of Bank Hapoalim International (the Bank) should seek advice from their investment advisor at the Bank in connection with this document.

PAM UK has used all reasonable skill and care in compiling this document. The information and opinions have been obtained from or are based upon sources that are believed to be reliable. However, no reliance should be placed upon the information contained in this document by prospective investors, as the accuracy cannot be guaranteed. The information may be incomplete or condensed. In particular, it may not include all the relevant terms and conditions that will apply, and should not be relied upon as forming the basis of a decision to invest in the product. Prospective investors should obtain and read copies of the relevant pricing supplement issued by the product provider, the Bank Hapoalim (Switzerland) Client Application Form and Simplified Prospectus before making a decision to invest. No responsibility can be accepted by PAM UK for any loss allegedly arising from reliance upon this marketing document.

The information contained in this document has no regard to the specific investment objectives, financial situation or particular needs of any person. It is for information only and must not be construed as an offer to any person to sell or buy an interest in any investment. Prospective investors should take appropriate advice before making any investment decision.

PAM UK and the Bank may receive a commission or retrocession in relation to the structured product promoted in this document.

PAM UK is authorised and regulated in the UK by the Financial Services Authority (FSA).